Revised 12/2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re;

    Mirsad Rugova                       Case No. 24-10400

                                            Chapter 13

Debtor

SSN xxx-xx- 4540
-------------------------------------------------------------x

## ORDER CONFIRMING CHAPTER 13 PLAN

<u>Definitions</u>: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on March 14, 2024. The Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015- 1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT**

The Plan is hereby **CONFIRMED.**



**/s/ Philip Bentley**

**Dated: August 1, 2024**
**New York, New York**

_____
**Hon. Philip Bentley**
**U.S. Bankruptcy Judge**